**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MELISSA ILLINGWORTH,**

     **Plaintiff,**                  **CASE NO.:  8:21-CV-02294-KKM-JSS**

**vs.**

**NAV ADVISORS, INC., and**
**MARC KORSCH, Individually,**

     **Defendants.**           **/**

## NOTICE OF SETTLEMENT

Plaintiff, MELISSA ILLINGWORTH by and through her undersigned counsel and pursuant to Local Rule 3.09(a), hereby advise this Court that this matter has settled in its entirety and that the Parties intend to file the appropriate documents for dismissal of this matter by on or before April 18, 2022.

Dated:  March 31, 2022             Respectfully submitted,

                                   _/s/ Kimberly De Arcangelis_
                                   Kimberly De Arcangelis, Esq.
                                   Bar No.:  025871
                                   Morgan & Morgan, P.A.
                                   20 N. Orange Ave., 15th Floor
                                   Orlando, Florida 32801
                                   Telephone: (407) 420-1414
                                   Facsimile: (407) 245-3383
                                   Email:  kimd@forthepeople.com
                                   _Attorneys for Plaintiff_

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing has been furnished to the Clerk of

the Court via CM/ECF System which I understand will send electronic notice to

all counsel of record, this 31st day of March, 2022.

<u>*/s/ Kimberly De Arcangelis*</u>
Kimberly De Arcangelis, Esq.