UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELISSA ILLINGWORTH

    Plaintiff,

v.                                            Case No. 8:21-cv-2294-KKM-JSS

NAV ADVISORS, INC., and MARC KORSCH,

    Defendants.
_____

## ORDER

The parties jointly move for court approval of their settlement agreement. (Doc. 20.) In this Motion, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claims. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Having reviewed the Settlement Agreement, the Motion, and the record in this case, the Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226–29 (M.D. Fla. 2009) (Presnell, J.).

Accordingly, the following is **ORDERED**:

1.     The parties' Joint Motion for Settlement Approval (Doc. 20) is **GRANTED**.

2. The case is **DISMISSED WITH PREJUDICE,** and the Clerk is directed to enter judgment in accord with the Settlement Agreement, to terminate any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on May 4, 2022.

Kathryn Kimball Mizelle
United States District Judge